# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 20-5324**                    **September Term, 2020**

**1:20-cv-02761-UNA**

**Filed On:** February 8, 2021

George A. Teacherson, A natural Individual
Citizen of the Republic,
              Appellant

v.

United States Department of Justice and
Commissioner of Internal Revenue,
              Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Pillard and Katsas, Circuit Judges, and Sentelle, Senior Circuit
               Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's order filed October 5, 2020
be affirmed.  The district court properly dismissed the complaint as frivolous.  See
Decatur Liquors, Inc. v. District of Columbia, 478 F.3d 360, 363 (D.C. Cir. 2007) (federal
courts lack subject matter jurisdiction over "obviously frivolous" claims); cf. Wright v.
Rossotti, 30 F. App'x 4, 5 (D.C. Cir. 2002) ("[A]ppellant's claim that she owes no federal
income tax because compliance with the federal tax laws is voluntary is patently
frivolous and fails to state a claim on which relief may be granted.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution
of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
       Daniel J. Reidy
       Deputy Clerk